FILED
Scott L. Poff, Clerk
United States District Court

By Ericka Sharpe at 10:35 am, Jul 09, 2018

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| WESLEY O. KIRKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-139 |
| | ) | |
| STATE OF GEORGIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **REPORT AND RECOMMENDATION**

Wesley Kirkland, an inmate at Chatham County Jail, filed this 42 U.S.C. § 1983 complaint alleging that he was "involuntarily apprehended" and suggesting that both jail and state officials are somehow responsible for "the orchestration of making [him] a paranoid schizophrenic through unseen occurance [sic]." Doc. 1 at 5. He also requested leave to proceed *in forma pauperis*. Doc. 2. Neither his Complaint nor his IFP application was signed, however. *See* doc. 1 at 6; doc. 2 at 2. The Clerk notified him of this deficiency and informed him that failure to remediate within 14 days subjected him to "possible sanctions, to include dismissal." Doc. 3

Within the 14-day period, Kirkland filed a signed copy of an inmate grievance form, *not* a signed Complaint or IFP application.  Doc. 4.  In that document he complains that he is "held under false pretenses[] and for fraud," that he is being subjected to a "phony investigation" concerning "the child molester registry for an illegal view of myself, that is garnishing my jail account, has closed my bank account, and is singling me out as an illegal inmate in the Chatham County Jail."  *Id*. at 1-2.  He repeats his allegation that someone is "making [him] a paranoid schizophrenic. . . ."  The submission of the grievance, although it is signed, does not constitute compliance with the Clerk's directive.[1]

The Federal Rules of Civil Procedure require that "every pleading . . . must be signed."  Fed. R. Civ. P. 11.  Although *pro se* parties are not held to the same standards as attorneys, courts "nevertheless . . . require[] them to conform to procedural rules."  *Albra v. Advan, Inc.*, 490 F.3d 826, 829 (11th Cir. 2007) (quotes and cite omitted).  Kirkland's

---

[1] The Court is inclined to regard his substantive allegations as frivolous.  Indeed, the allegations recited above are the most cogent of the various statements made in Kirkland's pleadings.  The allegations, taken as a whole, are not merely improbable but instead "rise to the level of the irrational or the wholly incredible."  *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).  Even assuming that Kirkland was able to complete the necessary procedural prerequisites, his claim, therefore, would likely be subject to dismissal under 28 U.S.C. § 1915(e)(2)(B)(i).  Since he has not signed his pleadings, however, their frivolity need not be determined.

failure to comply with those rules, despite the Clerk's notification, warrants dismissal of his Complaint. *See* Fed. R. Civ. P. 41(b). Accordingly, Kirkland's Complaint should be **DISMISSED without prejudice** and his request to proceed *in forma pauperis* (doc. 2) **DENIED** as moot.

This R&R is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*,

648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 9th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA