UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WESLEY O. KIRKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV418-139 |
| | ) |
| STATE OF GEORGIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which no objections have been filed.[1] Accordingly, the R&R is ADOPTED, and this case is DISMISSED without prejudice.

ORDER ENTERED at Augusta, Georgia, this 16th day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In lieu of objections, Kirkland has filed a letter recapitulating some of his more fantastical allegations, including that his pregnancy has been terminated and that he is being forced to undergo a gender reassignment surgery. Doc. 6.