# United States District Court
## Southern District of Georgia

WESLEY O. KIRKLAND

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 418-139

STATE OF GEORGIA, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated July 16, 2018 adopting the Report and Recommendation as the opinion of the Court, to which no objections have been filed, that Plaintiff's Complaint is dismissed without prejudice. This case stands closed.

07/16/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*